# Citizens National Bank of Baltimore *v.* G. G. Williams, Appellant (No. 2).

Argued Jan. 10, 1896. Appeal, No. 470, Jan. Term, 1895, by defendant, from order of C. P. No. 4, Phila. County, March Term, 1895, No. 378, making absolute a rule for judgment for want of a sufficient affidavit of defense. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed.

Assumpsit by the indorsee against the indorser on a promissory note.

In this case the note was for $1,000, and had on its face similar alterations to those in note in Citizens National Bank of Baltimore v. Williams (No. 1), supra.

*A. S. L. Shields*, for appellant.

*Charles Biddle*, for appellee.

OPINION BY MR. JUSTICE GREEN, March 2, 1896 :

The opinion we have just filed in the case No. 125, July term, 1895, between these same parties, supra (p. 66), is precisely applicable to this and the judgment is reversed for the reasons there stated.

Judgment reversed and procedendo awarded.